# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**PIANO FACTORY GROUP, INC., SWEET 16 MUSICAL PROPERTIES, INC.,**

*Appellants*

v.

**SCHIEDMAYER CELESTA GMBH,**

*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Intervenor*

―――――――――――

2020-1196

―――――――――――

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92061215.

―――――――――――

**JUDGMENT**

―――――――――――

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

September 1, 2021          /s/ Peter R. Marksteiner
                          Peter R. Marksteiner
                          Clerk of Court